## RECONSIDERATION DOCKET

**97–780. State ex rel. Blabac v. Indus. Comm.**
Franklin App. No. 95APD11–1415. Reported at 87 Ohio St.3d 113, 717 N.E.2d 336. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**97–1312. State v. Cowans.**
Clermont C.P. No. 96CR005394. Reported at 87 Ohio St.3d 68, 717 N.E.2d 298. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents.

**99–881. Wellman v. Pub. Util. Comm.**
Public Utilities Commission, No. 98–516–TP–CSS. Reported at 87 Ohio St.3d 1428, 718 N.E.2d 446. On motion for reconsideration. Motion denied.

**99–1342. In re Lawson.**
Montgomery App. No. 17777. Reported at 87 Ohio St.3d 1417, 717 N.E.2d 1105. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**99–1393. Cain v. Cain.**
Hamilton App. No. C–980358. Reported at 87 Ohio St.3d 1418, 717 N.E.2d 1105. On motion for reconsideration. Motion denied.

**99–1434. Woodard v. Spellman.**
Cuyahoga App. No. 74347. Reported at 87 Ohio St.3d 1429, 718 N.E.2d 447. On motion for reconsideration. Motion denied.

**99–1459. State v. Lawwell.**
Franklin App. No. 99AP–367. Reported at 87 Ohio St.3d 1430, 718 N.E.2d 447. On motion for reconsideration. Motion denied.

**99–1496. Pollock v. Rashid.**
Hamilton App. No. C-980373. Reported at 87 Ohio St.3d 1430, 718 N.E.2d 447. On motion for reconsideration. Motion denied.